**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KIM LIAN BONG,

              Petitioner,

   v.

ERIC H. HOLDER, Jr., Attorney General,

              Respondent.

No. 08-73137

Agency No. A095-199-814

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

    Kim Lian Bong, a native and citizen of Indonesia, petitions for review of the

Board of Immigration Appeals' order summarily affirming an immigration judge's

("IJ") decision denying her application for asylum and withholding of removal.

Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184–85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the IJ's conclusion that Bong's experiences in Indonesia did not rise to the level of persecution. *See Wakkary v. Holder*, 558 F.3d 1049, 1059–60 (9th Cir. 2009) (being beaten by youths, robbed of sandals and pocket money, and accosted by a threatening mob did not compel a past persecution finding). Substantial evidence also supports the IJ's conclusion that Bong, a Chinese Christian, failed to establish a well-founded fear of persecution even under the "disfavored group" analysis. *Cf. Sael v. Ashcroft*, 386 F.3d 922, 925 (9th Cir. 2004). Accordingly, we deny the petition as to Bong's asylum claim.

Because Bong failed to show eligibility for asylum, she necessarily failed to show eligibility for withholding of removal, which is governed by a more stringent standard of proof. *See Zehatye*, 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**